# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**464**

**KA 10-00519**

PRESENT: SMITH, J.P., CENTRA, PERADOTTO, GORSKI, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

DAVID L. MAULL, ALSO KNOWN AS POOCHIE,
DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

JAMES L. DOWSEY, III, WEST VALLEY (KELIANN M. ELNISKI OF COUNSEL), FOR
DEFENDANT-APPELLANT.

DAVID L. MAULL, DEFENDANT-APPELLANT PRO SE.

LORI PETTIT RIEMAN, DISTRICT ATTORNEY, LITTLE VALLEY, FOR RESPONDENT.

-------------------------------------------------------------------------------------------------------------

    Appeal from a judgment of the Cattaraugus County Court (Larry M.
Himelein, J.), rendered June 26, 2009.  The judgment convicted
defendant, upon a jury verdict, of criminal sale of a controlled
substance in the third degree.

    It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered:  April 29, 2011                          Patricia L. Morgan
                                                  Clerk of the Court